# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED T. SAPSE, and RALPH M. CONTI, *et al*.,

    Defendants.

Case No. 2:10cr370 KJD-RJJ

**ORDER**

    Presently before the Court is Defendant Ralph M. Conti's Motion *in Limine* (#123) to prohibit the Government from offering evidence of co-conspirator statements against Conti until independent evidence of the existence of a conspiracy is offered. The Government filed a response in opposition (#124) to which Conti replied (#130). Conti also filed an Addendum (#132) to his motion.

    Federal Rule of Evidence 801(d)(2)(E) states that a statement offered against an opposing party that was made by the party's coconspirator during and in furtherance of a conspiracy is not hearsay. An accused's knowledge of and participation in an alleged conspiracy are preliminary facts that must be established before extrajudicial statements of a co-conspirator can be introduced into

evidence. See United States v. Silverman, 861 F.2d 571, 576 (9th Cir. 1988)(citing Bourjaily v. United States, 483 U.S. 171 (1987)).

The Government asserts that it will not offer any co-conspirator statements against Conti, and that if it does it will comply with the Federal Rules of Evidence. Thus, the motion is granted. However, Defendant is cautioned that he must still object at trial to any statement that is offered without compliance with Rule 801, or proof of Defendant Conti's knowledge of or participation in the alleged conspiracy, because the Court has not definitively ruled to exclude any specific statement. See Fed. R. Ev. 103(b).

Accordingly, IT IS HEREBY ORDERED that Defendant Ralph M. Conti's Motion *in Limine* (#123) is **GRANTED**.

DATED this 29th day of October 2012.

_____
Kent J. Dawson
United States District Judge