# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-CR-00370-KJD-RJJ |
| v. | **ORDER** |
| ALFRED T. SAPSE and RALPH M. CONTI, | |
| Defendants. | |

Presently before the Court is Defendant Ralph M. Conti's Motion *in Limine* (#122) seeking to exclude expert testimony until qualifications are established under Daubert v. Merrell Dow Pharms., 509 U.S. 579 (1993). The United States filed a response in opposition (#125) to which Conti replied (#133).

It appears that Defendant's primary argument is that some of the suggested expert testimony to be provided by Government witnesses is not relevant. However, relevance is an issue that is best decided at the time the testimony is offered at trial, based on the foundation laid by the party that called the witness and the factual issues that are disputed based on the counts in the indictment and the testimony of the witnesses, including cross-examination. Of course, before a party may be accepted as an expert by the Court, a foundation for that designation must be provided. Failure to do

so would result in the Court excluding the expert. However, since Defendant has identified no particular grievances with the proposed experts, other than the factual and temporal relevance of the proposed testimony, the Court has nothing to decide. Therefore, the motion is denied without prejudice.

DATED this 29th day of October 2012.

_____
Kent J. Dawson
United States District Judge