

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:10-CR-370-KJD-(GWF)
)
ALFRED T. SAPSE, )
)
    Defendant. )

**FINAL ORDER OF FORFEITURE AS TO ALFRED T. SAPSE**

On September 10, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Codes, Section 853(p), forfeiting property of defendant ALFRED T. SAPSE to the United States of America. Superseding Indictment, ECF No. 42; Jury Verdict, ECF No. 214; Preliminary Order of Forfeiture, ECF No. 264.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Codes, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ALFRED T. SAPSE.

DATED this 24 day of Sept 2013.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE